**ORAL ARGUMENT NOT YET SCHEDULED**

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

STATE OF MARYLAND, ET AL.,

                        *Petitioners,*

     v.

ENVIRONMENTAL PROTECTION AGENCY, ET AL.,

                        *Respondents.*

Case No. 18-1285
(and consolidated cases)

---

**NOTICE OF ERRATA TO
PETITIONER-INTERVENORS' OPENING AND REPLY BRIEFS**

      Petitioners-Intervenors New York, New Jersey and the City of New York hereby notify the Court that their final briefs, in addition to including joint appendix citations, include the following corrections to their Opening Proof Brief, dated April 12, 2019 and Reply Proof Brief, dated September 9, 2019 as noted below. These changes are included in the Final Opening Brief for Petitioner-Intervenors and Final Reply Brief for Petitioner-Intervenors being filed today.

| **CORRECTIONS TO OPENING BRIEF** ||
|---|---|
| Certificate as to Parties, Rulings and Related Cases, Page ii | Updated to reflect parties joined or terminated since the filing of Petitioner-Intervenors' initial brief. |
| Table of Contents, Page iv | Page numbers updated in light of page numbering shifts caused by JA-citation additions and errata changes noted herein. |
| Statement of the Case A.2, Page 10 | "before petitioning EPA for relief section 126" corrected to "before petitioning EPA for relief under section 126" |
| Statement of the Case B, Page 12 | "Attachment at 3, 11" corrected to "Attachment 3 at 3, 11" |
| Statement of the Case C.2, Page 16 | "by the 2017 deadline" corrected to "by the 2018 deadline" |
| Standing, Page 27 | "*see* 81 Fed. Reg. at 74,514" corrected to "*See* 81 Fed. Reg. at 74,514" |
| Signature block for State of New Jersey, Page 51 | Updated to reflect current admission status and correct contact information of counsel. |
| Certificate of Compliance with Type-Volume Limit, Page 52 | Updated to reflect additional words from corrections noted herein. |
| **CORRECTIONS TO REPLY BRIEF** ||
| Signature block for State of New Jersey, Page 24 | Updated to reflect correct contact information of counsel. |
| Certificate of Compliance with Type-Volume Limit, Page 25 | Updated to reflect additional words resulting from input of JA-citations. |

|  | Respectfully submitted, |
|---|---|
| Dated: September 27, 2019<br>   Albany, New York | FOR THE STATE OF NEW YORK<br><br>LETITIA JAMES<br>Attorney General<br>BARBARA D. UNDERWOOD<br>Solicitor General |

/s/ *Claiborne E. Walthall*[1]

STEVEN C. WU
 *Deputy Solicitor General*
DAVID S. FRANKEL
 *Assistant Solicitor General*
MORGAN A. COSTELLO
 *Assistant Attorney General*
  *of Counsel*

CLAIBORNE E. WALTHALL
*Assistant Attorney General*
Environmental Protection Bureau
The Capitol
Albany, New York 12224
(518) 776-2380
claiborne.walthall@ag.ny.gov

FOR THE STATE OF
NEW JERSEY

GURBIR S. GREWAL
ATTORNEY GENERAL

/s/Aaron A. Love (w/permission)
AARON A. LOVE
*Deputy Attorney General*
Division of Law
R.J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625-0093
(609) 376-2762
aaron.love@law.njoag.gov

FOR THE CITY OF
NEW YORK

ZACHARY W. CARTER
CORPORATION COUNSEL

/s/Christopher G. King
(w/permission)
CHRISTOPHER G. KING
*Senior Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2319
cking@law.nyc.gov

---

[1] Counsel for the State of New York represents that the other parties listed in the signature blocks below consent to this filing.

3

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

The undersigned attorney hereby certifies:

1.  This document complies with the type-volume limitations of Fed. R. App. P. 32(a)(7)(B)(i) and this Court's briefing schedule order dated March 15, 2018. According to the word processing system used in this office, this document, exclusive of the sections excluded by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1), contains 283 words.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface in 14-point Century Schoolbook.

Dated: September 27, 2019   */s/ Claiborne E. Walthall*
Claiborne E. Walthall
Assistant Attorney General
Environmental Protection Bureau
The Capitol
Albany, New York 12224
(518) 776-2380
claiborne.walthall@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on September 27, 2019, the foregoing Notice of Errata to Petitioner-Intervenors' Final Opening and Reply Briefs was electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system, which effected service upon counsel of record through the Court's system.

Dated: September 27, 2019        */s/ Claiborne E. Walthall*
Claiborne E. Walthall
Assistant Attorney General
Environmental Protection Bureau
The Capitol
Albany, New York 12224
(518) 776-2380
claiborne.walthall@ag.ny.gov